The People of the State of New York, Respondent, v. Bonardo Saverio, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Benjamin Oppenheim, Respondent, v. Metropolitan Street Railway Company and Others, Appellants, Impleaded with Others.— Order appealed from modified by providing that the order for examination be modified by striking out the provision "and in all other cases and proceedings against attorneys referred to in the annexed affidavits," and by changing "referring to said cases" to "referring to said case;" and as so modified affirmed, with ten dollars costs and disbursements to the respondent. No opinion. Order to be settled on notice, the date for the examination to proceed to be fixed in the order. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Benjamin Oppenheim, Respondent, v. Metropolitan Street Railway Company and Others, Appellants, Impleaded with Others.— Motion for stay denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Akron Building Company, Appellant, v. Rapid Transit Subway Construction Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

David Cahill, Appellant, v. Star Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Merchant Tailors' Society of the City of New York and Others, Appellants, v. Local Union No. 390, Journeymen Tailors' Union of America, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Charles Altschueler, Respondent, v. Maurice Brower, Appellant.— Order modified by providing that the words "to be examined on behalf of the plaintiff upon the issues raised by the defendant's answer" be stricken from the original order, and the following inserted in lieu thereof: "to be examined on behalf of the plaintiff in support of the allegations of the complaint;" and as so modified affirmed, without costs. No opinion. Order to be settled on notice, the date for the examination to proceed to be fixed in the order. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

B. Altman & Company, Respondent, v. Sydco Photoplay Corporation, Appellant.— Order modified by requiring plaintiff to pay to defendant's counsel the sum of fifty dollars as and for their expenses in connection with the taking of the testimony of the witness, and as so modified affirmed, without costs, the date for the examination to be fixed in the order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.